STATE OF NEW JERSEY v. JOHN FATULA.

October 4, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. BRUCE PARSON.

October 4, 1984.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF A.B.B.

October 4, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT RAGO.

October 4, 1984.

Petition for certification denied.